**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JIMMY PAUL MOUDY, JR.                                                                               PLAINTIFF
ADC #147370

V.                                        NO: 4:12CV00603 KGB/HDY

KENNY DUNHAM *et al.*                                                                              DEFENDANTS

## PROPOSED FINDINGS AND RECOMMENDATIONS

## INSTRUCTIONS

The following recommended disposition has been sent to United States District Judge Kristine G. Baker. Any party may serve and file written objections to this recommendation. Objections should be specific and should include the factual or legal basis for the objection. If the objection is to a factual finding, specifically identify that finding and the evidence that supports your objection. An original and one copy of your objections must be received in the office of the United States District Court Clerk no later than fourteen (14) days from the date of the findings and recommendations. The copy will be furnished to the opposing party. Failure to file timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new, different, or additional evidence, and to have a hearing for this purpose before the District Judge, you must, at the same time that you file your written objections, include the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence proffered at the hearing before the District Judge (if such a hearing is granted) was not offered at the hearing before the Magistrate Judge.

3.  The detail of any testimony desired to be introduced at the

1

    hearing before the District Judge in the form of an offer of
    proof, and a copy, or the original, of any documentary or
    other non-testimonial evidence desired to be introduced at
    the hearing before the District Judge.

From this submission, the District Judge will determine the necessity for an additional evidentiary hearing, either before the Magistrate Judge or before the District Judge.

  Mail your objections and "Statement of Necessity" to:

    Clerk, United States District Court
    Eastern District of Arkansas
    600 West Capitol Avenue, Suite A149
    Little Rock, AR 72201-3325

## DISPOSITION

  Plaintiff Jimmy Paul Moudy, Jr., who is currently held at the Van Buren County Jail, filed a *pro se* complaint (docket entry #2), pursuant to 42 U.S.C. § 1983, on September 21, 2012. Defendants are Van Buren County Sheriff Scott Bradley, Van Buren County jail administrators Kenny Dunham and Randy Murry, and Mountain View Probation and Parole Officer Janna Pinkston.

  The undersigned has previously entered a recommendation that this matter be stayed pending the final disposition of Plaintiff's criminal charges (docket entry #6). On December 5, 2012, Plaintiff filed a motion to voluntarily dismiss his complaint (docket entry #7). For good cause shown, that motion should be granted, Plaintiff's complaint should be dismissed, and the pending recommendation should be declined as moot.

  IT IS THEREFORE RECOMMENDED THAT:

  1. Plaintiff's motion to voluntarily dismiss his complaint (docket entry #7) be GRANTED, and Plaintiff's complaint be DISMISSED WITHOUT PREJUDICE.

2.      The pending report and recommendations (docket entry #6) be declined as moot.

DATED this   6   day of December, 2012.

_____
UNITED STATES MAGISTRATE JUDGE