IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JIMMY PAUL MOUDY, JR.**                                             **PLAINTIFF**
**ADC #147370**

v.                         No. 4:12-cv-00603 KGB

**KENNY DUNHAM** *et al.*                                            **DEFENDANTS**

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge H. David Young. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT:

1. Plaintiff's motion to voluntarily dismiss his complaint (Dkt. No. 7) is GRANTED, and plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

2. The pending partial report and recommendations (Dkt. No. 6) are declined as moot.

DATED this 25th day of January, 2013.

_____
Kristine G. Baker
United States District Judge