IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

**JIMMY PAUL MOUDY, JR.**                                                                    **PLAINTIFF**
**ADC #147370**

v.                                    No. 4:12-cv-00603 KGB

**KENNY DUNHAM** *et al.*                                                                   **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 25th day of January, 2013.

_____
Kristine G. Baker
United States District Judge